WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Boulder Oro Valley LLC, | No. CV-17-00453-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Home Depot USA Incorporated, | |
| Defendant. | |

The Joint Pretrial Order having been filed on May 16, 2019, this matter is ready for a pretrial conference and trial.

**Accordingly**,

**IT IS ORDERED** that a pretrial conference is set on **Wednesday, August 7, 2019, at 11:00 a.m**.

**IT IS FURTHER ORDERED** that the pretrial conference shall be held before the Honorable David C. Bury in Courtroom 6B, Sixth Floor, Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona.

Dated this 24th day of May, 2019.

Honorable David C. Bury
United States District Judge